# Court of Appeals
# of the State of Georgia

ATLANTA,    March 07, 2016

*The Court of Appeals hereby passes the following order:*

**A16E0024.  WILLIE SHEPHERD, III v. CYNTHIA M. THORNTON.**

Upon consideration of Appellant's emergency motion for an extension of time to file an application for discretionary appeal from the order denying his motion to set aside a judgment, the same is hereby GRANTED. Appellant's discretionary application must be physically received in the Court by 4:30 p.m. on March 21, 2016.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*    03/07/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*